

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2019

No. 04-19-00262-CV

**IN THE MATTER OF R.C.,**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2018JUV01596
Honorable Lisa Jarrett, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

Appellee's motion for rehearing is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk